IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAI-DUONG VI "YOUNG" TRUONG, and EMMA NGUYEN TRUONG, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurer, OSMAN EXPRESS INC., a Washington corporation, AMAZON LOGISTICS, INC., a foreign corporation, and PAIGE ROBERTSON, and "J. DOE" ROBERTSON, and the marital community comprised thereof,<br><br>Defendants. | Case No. 2:25-cv-000092-RSM<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND FOR AMENDED CASE SCHEDULE** |

THIS MATTER has come before the Court on the Stipulated Motion to Continue the Trial Date and for Amended Case Schedule by parties Truong, Liberty Mutual, Robertson, and Osman Express. The Court has reviewed the court file and pleadings submitted, including:

1. The Parties' Joint Motion to Continue the Trial Date and for Amended Case Schedule;

2. The Declaration of Heather N. Derenski, with Exhibit A.

ORDER GRANTING TRIAL CONTINUANCE AND
AMENDED CASE SCHEDULE
No. 2:25-cv-000092-RSM   PAGE- 1

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The Joint Motion to Continue the Trial Date and for Amended Case Schedule is GRANTED.

2. The new trial date is September 28, 2026.

3. The Amended Case Schedule is as follows:

| | |
|---|---|
| TRIAL: | September 28, 2026 |
| Expert Disclosures/Reports under FRCP 26(a)(2) due: | March 27, 2026 |
| All motions related to discovery must be filed by: | April 29, 2026 |
| Discovery completed by: | May 26, 2026 |
| All dispositive motions must be filed by: | June 25, 2026 |
| Mediation per (LCR 39.1(c)(3)) | August 13, 2026 |
| All motions *in limine* must be filed by: | August 28, 2026 |
| Agreed Pretrial Order due: | September 14, 2026 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 21, 2026 |

DATED this 31st day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE