UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAI-DUONG VI "YOUNG" TRUONG, *et al.*,

          Plaintiffs,

          v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, *et al.*,

          Defendants.

Case No. C25-092-RSM

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Motion for Protective Order, Dkt. #36.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed protective order fails to conform to the above requirements. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 1

customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'"  The parties have not followed this instruction.  The instant proposed protective order lists as confidential, *inter alia*: "any similar personal identifying information;" "tax documents and information related thereto;" "financial information;" and various other documents and guidelines that are not clear as to why they would require sealing. Dkt. #36 at 2.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential, and the Court does not want to waste time denying motions to seal.  The parties have not followed the Court's requirement to list specific documents and instead include vague categories such as those listed above.  These are essentially the same as "sensitive business material," something that is specifically called out in the model order for being overly broad.  The proposed order also includes an improper catch-all provision, "but not be limited to the following," that allows the attorneys to label as confidential anything that the parties say is confidential.  The parties submit no argument to justify a departure from the model protective order's guidelines.  Accordingly, this Motion will be denied.

Having reviewed the briefing and the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #36, is DENIED.  The Court advises the parties to follow the Local Rules and to come up with a narrower list of confidential documents before re-submitting this motion.

DATED this 24th day of March, 2026.

Ricardo S. Martinez
United States District Judge

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 2