IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAI-DUONG VI "YOUNG" TRUONG, and EMMA NGUYEN TRUONG, a married couple,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurer, OSMAN EXPRESS INC., a Washington corporation, AMAZON LOGISTICS, INC., a foreign corporation, and PAIGE ROBERTSON, and "J. DOE" ROBERTSON, and the marital community comprised thereof,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-000092-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND FOR AMENDED CASE SCHEDULE** |

THIS MATTER has come before the Court on the Stipulated Motion to Continue the Trial Date and for Amended Case Schedule by all parties. The Court has reviewed the court file and pleadings submitted, including the Parties' Joint Motion to Continue the Trial Date and for Amended Case Schedule; and

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1.　　　The Joint Motion to Continue the Trial Date and for Amended Case Schedule is GRANTED.

ORDER - 1

2.      The new trial date is March 15, 2027.

3.      The Amended Case Schedule is as follows:

| | |
|---|---|
| TRIAL: | March 15, 2027 |
| All motions related to discovery must be filed by: | October 14, 2026 |
| Discovery completed by: | November 10, 2026 |
| All dispositive motions must be filed by: | December 10, 2026 |
| Mediation per (LCR 39.1(c)(3)) | January 28, 2027 |
| All motions *in limine* must be filed by: | February 12, 2027 |
| Agreed Pretrial Order due: | March 1, 2027 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | March 8, 2027 |

DATED this 27th day of May, 2026.

Hon. Ricardo S. Martinez
United States District Judge

ORDER - 2